IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER KING, J.D., et al., | Case No. C17-031 RSM |
| Plaintiffs, | |
| v. | ORDER GRANTING PLAINTIFFS' MOTION TO FILE REPLY |
| HON. STANLEY J. RUMBAUGH., | |
| Defendant. | |

This matter comes before the Court on Plaintiffs' Motion for Leave to File Reply Memorandum in Support of Remand. Dkt. #15. On January 17, 2017, Plaintiffs filed a Motion to Remand. Dkt. #6. Plaintiffs' Motion to Remand was noted for February 10, 2017. Defendant Rumbaugh filed a timely response on February 3, 2017. Dkt. #11. On February 10, 2017, Plaintiffs filed the instant motion, with a proposed reply attached, seeking leave to file a reply to Defendant Rumbaugh's response. Dkt. #15 at 1-2, 4-6. Pursuant to Local Civil Rule 7(d)(3), as long as a reply is filed by the noting date, parties may file a reply without leave of court. Here, Plaintiffs filed a timely reply in support of their Motion to Remand. Accordingly, Plaintiffs' Reply Memorandum in Support of Remand, which is filed at pages 4 through 6 of Docket #15, will be considered by the Court. Plaintiffs' motion (Dkt. #15) is accordingly GRANTED. Briefing on Plaintiffs' Motion to Remand now appears to be complete.

ORDER– 1

DATED this 16th day of February 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER– 2