# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHRISTOPHER KING, et al.,

    Plaintiffs,

v.

JUDGE STANLEY J. RUMBAUGH,

    Defendant.

CASE NO. C17-0031-RSM

ORDER DENYING IN FORMA PAUPERIS REQUEST

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP) on appeal, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation (Dkt. #44);

(2)    Plaintiff Christopher King's IFP application is DENIED;

(3)    Pursuant to Federal Rule of Appellate Procedure 24(a)(4)(A), the Clerk is directed to notify the parties and the Ninth Circuit Court of Appeals of the denial of the motion to proceed IFP on appeal; and

/ / /

/ / /

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 1

(4) The Clerk is directed to send copies of this Order to plaintiffs and to the Honorable Mary Alice Theiler.

DATED this 8th day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING IN
FORMA PAUPERIS REQUEST
PAGE - 2